IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MIYANNA WALLS** <br> 625 A Chesapeake St., SE <br> Apt. 301 <br> Washington, DC 20032, <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Civil Action No.:** 19-2623 |

NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1. On or about June 12, 2019, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled *Miyanna Walls v. Washington Metropolitan Area Transit Authority,* Case No. 2019 CA 003896 V.

2. On or about August 5, 2019, the Summons and Complaint were delivered to WMATA.

3. The Summons, Complaint, Initial Order and Addendum, Superior Court of the District of Columbia Civil Information Sheet, and WMATA's Answer to the Complaint accompany this Notice of Removal. These documents constitute the only process, pleadings, or orders known to have been served upon WMATA and/or exist in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, WMATA requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:


/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. Bar No.: 995449
Associate General Counsel
Attorney for Defendant, WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone: (202) 962-1067
Facsimile: (202) 962-2550
E-mail:  nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal with accompanying forms was mailed first class, postage prepaid, on August 30, 2019 to:

Matthew W. Tievsky
c/o Chaiken, Sherman, Cammarata, & Siegel, PC
1232 Seventeenth St., NW
Washington, DC 20036

       /s/ *Neal M. Janey, Jr.*
      Neal M. Janey, Jr