IN SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MIYANNA WALLS  
625 A Chesapeake Street, SE  
Apt. 301  
Washington, D.C. 20032  

    Plaintiff,

v.                                Case No. 2019 CA 003896 V

WASHINGTON METROPOLITAN AREA  
TRANSIT AUTHORITY  
SERVE:  
    Patricia Lee  
    600 5th Street, N.W.  
    Washington, D.C. 20001  

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff, Miyanna Walls, by and through her attorneys, Matthew Tievsky, Esq., and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### COUNT I
(Negligence – Personal Injury)

1. This Court has jurisdiction over the within cause of action in that the incident at issue herein occurred in the District of Columbia, and pursuant to the Washington Metropolitan Area Transit Regional Compact, D.C. Code Section 9-1107.01, which provides that Defendant Washington Metropolitan Area Transit Authority (hereinafter "WMATA") is

liable for its torts and those of its directors, officers, employees, and agents, see id. art. XVI, § 80, and which establishes concurrent jurisdiction in this Court over actions brought against WMATA under the Compact, see id. art. XVI, § 81; D.C. Code § 9-1107.10 (2013).

2. On or about September 8, 2018, Plaintiff Miyanna Walls was a passenger on a Metrobus, in the District of Columbia. The bus driver, who was at all relevant times an employee of WMATA and acting within the course and scope of her employment, stopped the Metrobus at the Anacostia Metro station, to allow passengers to disembark.

3. Ms. Walls attempted to disembark the Metrobus. However, as Ms. Walls was in the act of exiting the Metrobus, the bus driver precipitously and without warning turned off power to the bus, which foreseeably and automatically caused the doors to shut, crushing Ms. Walls and causing her to suffer, inter alia, a fracture and/or strain of her right wrist.

4. On or about September 9, 2018, Ms. Walls was walking on a set of stairs, without the use of her right arm due to her aforesaid injury. As a result of her loss of use of her right arm, Ms. Walls lost her balance on the stairs and fell, causing her to suffer, inter alia, injuries to her back and left flank.

This additional injury was a foreseeable result of the bus driver's conduct and Ms. Walls' wrist injury.

5. At all relevant times mentioned herein, WMATA, acting by and through its bus driver, owed a continuing duty to operate its vehicle in a reasonable and prudent manner with due regard for passengers on the Metrobus, such as Plaintiff.

6. WMATA, acting by and through its bus driver, breached the duties owed to Ms. Walls. The collision referred to herein was caused by the negligence of the bus driver who, <u>inter alia</u>, failed to maintain a lookout for the safety of her passengers, and operated the bus in a manner that was not safe for her passengers. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

7. As a direct and proximate result of the Defendant's aforesaid negligence, Ms. Walls suffered the aforementioned injuries; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered, and will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Miyanna Walls demands judgment of and against Defendant Washington Metropolitan Transit Area

Authority, in the amount of One Hundred Thousand Dollars ($100,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

CHAIKIN, SHERMAN, CAMMARATA
& SIEGEL, P.C.

/s/ Matthew W. Tievsky
Matthew W. Tievsky
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
matthew@dc-law.net
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/ Matthew W. Tievsky
Matthew W. Tievsky

4